1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                               EASTERN DISTRICT OF CALIFORNIA

9

10   RICHARD L. POWELL,

11              Plaintiff,                      No. CIV.  S-09-1857 FCD KJM

12         v.

13   UNION PACIFIC RAILROAD
     COMPANY, et. al.,                          **ORDER OF NON-RELATED CASES**
14
                Defendants.
15   _____/

16   ALEX GONERO,

17              Plaintiff,                      No. CIV.  S-09-2009 WBS JFM

18         v.

19   UNION PACIFIC RAILROAD
     COMPANY, et. al.,
20
                Defendants.
21   _____/

22         The undersigned judge declines to relate the above-captioned cases pursuant to Local

23   Rule 83-123(a).  Assignment of the matters to the same judge is not likely to effect a substantial

24   savings of judicial effort or other economies.  These actions involve the same or similar

25   defendants, but the actions involve events specific to each party, the questions of fact are

26   different, the questions of law are not novel, it is not clear that the same result should follow in

27   these actions, and assignment to different judges would not entail substantial duplication of

28   labor.

1        Therefore, CIV. S-09-2009 WBS JFM shall not be reassigned to the undersigned judge.

2        IT IS SO ORDERED.

3   DATED:  July 23, 2009

4

5                                   FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28