Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 649-3777
Facsimile: (916) 649-3779
Email: LockshinLawCorp@aol.com

Attorneys for Plaintiff
ROBERT L. POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNION PACIFIC RAILROAD ) <br> COMPANY, et al. ) <br> ) <br> Defendants. ) <br> ) | No. 2:09 CV 01857 KJM-KJN (TEMP) <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |

This Court hereby grants Plaintiff ROBERT L. POWELL's request to appear by telephone to be heard on Defendant UNION PACIFIC RAILROAD COMPANY's Motion to Compel scheduled to be heard on February 24, 2011 at 10:00 a.m. in Courtroom No. 25. Plaintiff shall provide to Matt Caspar (916) 930-4187 a land line telephone number at which counsel can be reached.

DATED: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE

1

2                              **PROOF OF SERVICE**

3        Case: *Powell v. Union Pacific Railroad Company*
              Eastern District Court Case No. 2:09 CV 01857 KJM-KJN
4        I, Eva S. Campos, declare:
         I am over eighteen years of age, employed in the City of and County of Sacramento,
5    and not a party to the within action.  My business address is Larry Lockshin, Esq., A Law
     Corporation, 555 University Avenue, Suite 200, Sacramento, California 95825.
6        On February 22, 2011, I served **[Proposed] ORDER GRANTING PLAINTIFF'S
     REQUEST TO APPEAR BY TELEPHONE** on the following party(ies) to this action by
7    placing a true copy thereof enclosed in a sealed envelope addressed as follows:

8    Robert Chalfant                              Attorney for Defendant
     Randolph, Cregger & Chalfant, LLP            Tyler Papworth
9    1030 G Street                                Brian Kline
     Sacramento, CA  95814                        Telephone: 916-443-4443
10                                                Facsimile: 916-443-2124

11   Flesher Broomand LLP                         Attorney for Defendant Union Pacific
     Jacob D. Flesher                             Railroad Company
12   11249 Gold Country Blvd, Suite 170           Telephone: 916-635-2200
     Gold River, CA 95670                         Facsimile: 916-635-2120
13

14   [x]   VIA ELECTRONIC SERVICE.  The above-described document(s) will be delivered
           electronically through the Court's ECF/PACER filing system, as stipulated by all
15         parties to constitute personal service to the above addresses.
         I declare under penalty of perjury under the laws of the State of California that the
16   foregoing is true and correct.  Executed this 22nd Day of February 2011 at Sacramento,
     California.
17                                          _____
                                                    Eva S. Campos
18

19

20

21

22

23

24

25

26

27

28