**FLESHER BROOMAND McKAGUE, LLP**
Jacob D. Flesher, SBN: 210565
Julia A. Gahagan, SBN: 261911
11249 Gold Country Blvd., Suite 170
Gold River, California  95670
Telephone:     (916) 635-2200
Facsimile:      (916) 635-2120

Attorneys for UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL, | Case No. 2:09-cv-01857 KJM KJN |
| Plaintiffs, | **STIPULATION REGARDING PLAINTIFF'S PHYSICAL EXAMINATION** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | Trial Date:   November 1, 2011 |
| Defendants. _____/ | |

Plaintiff, Robert Powell ("Plaintiff") and Defendants Union Pacific Railroad Company ("UPRR") hereby provide the following stipulation as set forth herein regarding Plaintiff's Physical Examination by Dr. Steven Feinberg:

WHEREAS Plaintiff has been ordered to submit to a physical examination by Dr. Steven Feinberg, and UPRR noticed said examination for April 1, 2011, a date that is prior to the April 15, 2011 deadline to disclose experts with reports. However, Plaintiff is not available to submit to his physical examination until April 25, 2011 through April 29, 2011 as he is currently working as a student teacher and is unable to miss any days of school.

- 1-
Stipulation regarding Plaintiff's Physical Examination; Case No. Civ S-09 1857 FCD KJM

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record as follows:

Plaintiff will appear for his physical examination by Dr. Steven Feinberg at Dr. Feinberg's office on April 27, 2011 at 9:00 a.m.

Counsel for UPRR will produce Dr. Feinberg's report to counsel for Plaintiff by May 10, 2011.

Dated: March 16, 2011        **LAW OFFICES OF LARRY LOCKSHIN**

                              /s/ Larry Lockshin
                         By_____
                              Larry Lockshin, Esq.
                              Attorney for Plaintiff, Robert Powell

Dated: March 16, 2011        **FLESHER BROOMAND McKAGUE, LLP**

                              /s/ Jacob D. Flesher
                         By:_____
                              Jacob D. Flesher
                              Attorneys for Defendants Union Pacific Railroad Company

///

///

///

ORDER

IT IS HEREBY ORDERED that the physical examination of Plaintiff by Dr. Steven Feinberg will go forward on April 27, 2011, at 9:00 a.m., in Dr. Feinberg's offices.

Dated: March 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE