Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:    (916) 649-3779
Email:          LockshinLawCorp@aol.com

Attorneys for Plaintiff
ROBERT L. POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT L. POWELL,

        Plaintiff,

    v.

UNION PACIFIC RAILROAD COMPANY, et al.

        Defendants.

No. 2:09 CV 01857 KJM KJN

Trial Date: October 31, 2011

**ORDER UPON STIPULATION OF THE PARTIES TO CONTINUE THE DATES FOR DISCLOSURE AND DISCOVERY OF RETAINED MEDICAL EXPERT WITNESSES**

Pursuant to the Stipulation of the parties, and cause appearing therefrom, it is hereby ordered that the date for exchange by the parties of those reports required by the Federal Rule of Civil Procedure, Rule 26(a)(2)(A) & (b) from such retained medical expert witnesses as the parties intend to call to testify at trial shall be continued from April 15, 2011 to and including May 2, 2011 with the exception of the report to be provided plaintiff's counsel from Dr. Stephen Feinberg, Union Pacific's retained medical expert witness and that report from Dr. Feinberg and the report of its vocational rehabilitation expert, G. Michael Graham shall be provided to plaintiff on or before May 18, 2011.

IT IS FURTHER HEREBY ORDERED that the date for mutual exchange of all non retained expert witness reports other than from medical expert witnesses shall be continued from April 15, 2011 to and including April 18, 2011.

Other than the continuing of these dates all other dates as set forth by this court's prior status conference orders remain the same.

DATED: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE