1  Larry Lockshin (SBN 61926)
   LARRY LOCKSHIN, ESQ.
2  A LAW CORPORATION
   555 University Avenue, Suite 200
3  Sacramento, CA  95825
   Telephone:    (916) 649-3777
4  Facsimile:    (916) 649-3779
   Email:        LockshinLawCorp@aol.com
5

6  Attorneys for Plaintiff
   ROBERT L. POWELL
7

8  Jacob Flesher (SBN
   Flesher Broomand McKague LLP
9  11249 Gold Country Blvd, Suite 170
   Gold River, CA 95670
10 Telephone: 916-635-2200
   Facsimile: 916-635-2120
11

12 Attorney for Defendant
   UNION PACIFIC RAILROAD COMPANY

13

14                    IN THE UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

   ROBERT L. POWELL,                    )        No. 2:09 CV 01857 KJM KJM
17                                       )
                  Plaintiff,             )
18                                       )
          v.                             )
19                                       )
   UNION PACIFIC RAILROAD                )
20 COMPANY, et al.                       )
                                         )
21            Defendants.                )
                                         )
22                                       )        Trial Date: October 31, 2011
                                         )
23                                       )
                                         )
24 _____ )

25
   **AMENDED JOINT STIPULATION TO CONTINUE THE DISCOVERY CUTOFF**
26 **AND AMENDED ORDER THEREON**

27

28

1   The parties hereby stipulate that the discovery cut-off for expert witness discovery shall

2   be August 1, 2011. The parties agree to the stipulation because some of the experts, including

3   treating physicians, are not available for deposition prior to the expert discovery cut-off date

4   despite the best efforts of both parties.  The parties have and are continuing to cooperate in

5   completing the depositions of designated expert witnesses.  Counsel are scheduled with each

6   other to begin trial in a state court action beginning on June 27th and expect to be in trial until

7   the first half of July 2011.  This stipulation will not affect dispositive motions, other deadlines,

8   or the trial date.

DATED: June 6, 2011                     LARRY LOCKSHIN, ESQ.
                                        A Law Corporation

                                        By:      _____/s/_Larry Lockshin_____
                                                 Larry Lockshin
                                                 Attorney for Plaintiff


Dated: June 6, 2011                     Flesher Broomand McKague LLP

                                        By:     _/s/Jacob Flesher_____
                                                Jacob Flesher
                                                Attorney for Defendant
                                                Union Pacific Railroad Company


   **IT IS SO ORDERED.**

Dated:  June 9, 2011.


                                        _____
                                        UNITED STATES DISTRICT JUDGE