1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT L. POWELL,

11            Plaintiff,                    No. Civ S-09-1857 KJM KJN

12        vs.

13   UNION PACIFIC RAILROAD              ORDER
     COMPANY, et al.,
14
              Defendants.
15   _____/

16            On June 27, 2011, plaintiff submitted an *ex parte* application for an extension of

17   time to file his opposition to the separate motions for summary judgment filed by Union Pacific

18   Railroad Company ("UP") and Tyler Papworth and for a continuance of the hearing date for such

19   motions to July 27, 2011.  ECF 81.  Hearing on defendants' motions and plaintiff's motion for

20   summary judgment is currently set for July 13, 2011.  According to plaintiff, he was not able to

21   contact counsel for either UP or Mr. Papworth regarding the requested extension and

22   continuance.  Plaintiff argues an extension is warranted because the associate responsible for

23   drafting the opposition to defendants' motions fell ill and has been hospitalized.  Defendants

24   oppose plaintiff's *ex parte* request.  ECF 84; ECF 85.  They argue that extending the filing

25   deadline for plaintiff's opposition without extending the date for defendants' opposition to

26   plaintiff's motion is prejudicial.  Furthermore, UP's counsel are not available for hearing on July

27   27, 2011, and begin a trial on August 1, 2011.

28   /////

The court finds good cause exists for granting plaintiff's motion while accommodating defendants' concerns.  The hearing date for all three motions is continued to August 10, 2011, with opposition briefs to be filed by July 27, 2011, and reply briefs by August 3, 2011.  In addition, as UP's counsel and plaintiff's counsel are aware, this court has adopted a practice of requiring that a joint statement of undisputed facts accompany summary judgment motions.  The parties are ordered to submit a joint statement of undisputed facts no later than August 3, 2011.

In light of the foregoing, all other dates set in the above-captioned matter are hereby VACATED pending resolution of the cross-motions for summary judgment.

Finally, plaintiff requests that the court increase the page limit for his opposition because he cannot "sufficiently or adequately" reply to UP's fifteen page motion within the twenty page limit. ECF 82.  Good cause does not exist to grant this request, which is DENIED.

IT IS SO ORDERED.

DATED:  June 28, 2011.

_____/S/Kimberly J. Mueller_____
KIMBERLY J. MUELLER
U.S. District Judge