UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT L. POWELL,

        Plaintiff,

    v.

UNION PACIFIC RAILROAD COMPANY, et al.,

        Defendants.

_____/

NO. CIV. S-09-1857 KJM EFB

ORDER

        On June 27, 2011, plaintiff submitted an *ex parte* application for an extension of time to file his opposition to the separate motions for summary judgment filed by Union Pacific Railroad Company ("UP") and Tyler Papworth and for a continuance of the hearing date for such motions to July 27, 2011. ECF 81. UP opposed the extension because it was unavailable for the proposed new hearing date and had a trial scheduled to begin August 1, 2011. In an attempt to accommodate both parties, the court moved the hearing date to August 10. ECF 86. UP has now submitted an *ex parte* request asking that the hearing date be continued because the trial which began on August 1, 2011, will last until at least August 12, 2011. Accordingly, the court finds good cause for VACATING the August 10 hearing date, and hereby ORDERS that the parties submit a joint stipulation agreeing to a hearing date on either August 31, 2011 or September 14, 2011, within five (5) days of this order.

/////

In addition, the parties failed to submit a joint statement of undisputed facts in accordance with this court's order on June 28, 2011.  Each party has submitted a declaration blaming the other side for the delay.  ECF 109; ECF 110; ECF 111.  The court reaffirms its order requiring submission of a joint statement.  To be clear, the court is not asking for a simple compilation of facts from the previously submitted statements of undisputed facts that have not been contested.  Instead, the court requires counsel for the parties to meaningfully meet and confer to compile a joint list of all undisputed *material* facts.  A list of undisputed *immaterial* facts is not helpful to the court.  The parties are ORDERED to meet and confer and submit a joint statement of undisputed material facts no later than August 10, 2011.  The joint statement shall incorporate a representation that the parties have meaningfully met and conferred, with a description of the meet and confer efforts.

        IT IS SO ORDERED.

DATED:  August 4, 2011.

_____
UNITED STATES DISTRICT JUDGE