**FLESHER BROOMAND McKAGUE, LLP**
Jacob D. Flesher, SBN: 210565
Julia A. Gahagan, SBN: 261911
193 Blue Ravine Rd., Suite 265
Folsom, CA 95630
Telephone:     (916) 358-9042
Facsimile:     (916) 673-9672

Attorneys for UNION PACIFIC RAILROAD COMPANY
and BRIAN KLINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL, | Case No. 2:09-cv-01857 KJM CKD |
| Plaintiffs, | **STIPULATION REGARDING HEARING DATE ON ALL MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | **Trial Date: TBA** |
| Defendants. _____ / | |

    Plaintiff, Robert Powell ("Plaintiff") and Defendants Union Pacific Railroad Company ("UPRR"), Brian Kline, and Tyler Papworth hereby provide the following stipulation as set forth herein regarding the hearing date on Plaintiff's Motion for Summary Judgment, UPRR's Motion for Summary Adjudication, and Tyler Papworth's Motion for Summary Judgment

    WHEREAS the Court has vacated the current hearing date on all Motions for Summary Judgment/Adjudication and ordered the parties to stipulate to a new hearing date,

    IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record as follows:

The hearing on all of the above referenced motions is hereby rescheduled to September 14, 2011, at 10:00 a.m. in Department 3 of the above referenced Court.

Dated: August 9, 2011          **LAW OFFICES OF LARRY LOCKSHIN**

                                       /s/ Larry Lockshin
                               By_____
                                   Larry Lockshin, Esq.
                                   Attorney for Plaintiff, Robert Powell


Dated: August 9, 2011          **FLESHER BROOMAND McKAGUE, LLP**

                                       /s/ Jacob D. Flesher
                               By:_____
                                   Jacob D. Flesher
                                   Attorneys for Defendants Union Pacific Railroad
                                   Company, Brian Kline

Dated: August 9, 2011          **RANDOLPH CREGGER & CHALFANT LLP**

                                       /s/ Wendy Motooka

                               By:_____
                                   Wendy Motooka
                                   Attorneys for Defendant Tyler Papworth

ORDER

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion For Summary Judgment, UPRR's Motion for Summary Adjudication, and Tyler Papworth's Motion for Summary Judgment will occur on September 14, 2011 at 10:00 a.m. in Courtroom 3.

Dated: August 11, 2011.

_____
UNITED STATES DISTRICT JUDGE