UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT L. POWELL,

        Plaintiff,

    v.

UNION PACIFIC RAILROAD
COMPANY, et al.,

        Defendants.
_____/

NO. CIV. S-09-1857 KJM-EFB

ORDER

        On June 28, 2011 the court ordered the parties to submit a joint statement of undisputed facts no later than August 3, 2011. ECF 86. The parties failed to do so; instead, each party submitted a declaration blaming the other side for the delay. ECF 109; ECF 110; ECF 111. The court extended the deadline for the joint statement of undisputed facts to August 10, 2011. ECF 112. In doing so, the court clarified that simply recounting immaterial facts is not sufficient and that the parties were required to meet and confer and that the "joint statement shall incorporate a representation that the parties have meaningfully met and conferred, with a description of the meet and confer efforts." ECF 112. On August 10, 2011, the parties submitted a list of fourteen facts that are undisputed without any reference to the required meet and confer. ECF 113. As such, the clerk is directed to STRIKE the joint statement of facts for

failure to comply with this court's order.  The deadline for a joint statement fully complying with this court's August 4th order is reset to August 24, 2011.

        IT IS SO ORDERED.

DATED:  August 13, 2011.

_____
UNITED STATES DISTRICT JUDGE