IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. POWELL,

    Plaintiff,                                    No. CIV S-09-1857 KJM CKD

    vs.

UNION PACIFIC RAILROAD
COMPANY, et al.,

    Defendants.                                 <u>ORDER</u>

/

        In light of further developments since the court's discussion with counsel on March 30, 2012, and upon further reflection, the undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. The Clerk of the Court shall also make an adjustment as needed to equalize case assignments. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: December 20, 2012.

_____
UNITED STATES DISTRICT JUDGE