**FILED**

JUL 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| ROBERT L. POWELL | NO. CIV. 2:09-01857 WBS CKD |
| Plaintiff, | |
| v. | STIPULATION RE: SETTLEMENT CONFERENCE |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. | |

----ooOoo----

Pursuant to Eastern District Local Rule 270, the parties hereby request that Judge Shubb, as the assigned judge in this action, conduct a settlement conference, and waive any disqualification of said assigned judge to hereafter act as the judge in this action on the basis that he conducted the settlement conference.

IT IS SO STIPULATED.

1

1 | Dated: July 22, 2013         LAW OFFICES OF LARRY LOCKSHIN
2
3
4 |                              By: _____
5 |                              Larry Lockshin
6 |                              Attorney for plaintiff, Robert Powell
7
8 | Dated: July 22, 2013         FLESHER BROOMAND McKAGUE, LLP
9
10
11 |                             By: _____
12 |                             Jacob D. Flesher
13 |                             Attorney for defendant, Union Pacific
14 |                             Railroad Company
15 | IT IS SO ORDERED.
16 | Dated: July 22, 2013

                              _____
                              UNITED STATES DISTRICT JUDGE