UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT L. POWELL,

        Plaintiff,

   v.

UNION PACIFIC RAILROAD COMPANY, et al.,

        Defendants.
_____/

NO. CIV. 2:09-01857 WBS CKD

ORDER

----oo0oo----

A status conference for the above-captioned case is hereby scheduled for September 16, 2013 at 2:00 p.m. in Courtroom No. 5. Seven court days before the status conference, the parties shall each file a status report setting forth the status of the settlement that was agreed upon at the recent settlement conference. If the parties have been unable to consummate the settlement, they should each suggest dates for the next phase of trial.

//

1        IT IS SO ORDERED.
2   DATED:  August 20, 2013

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE