Larry Lockshin.(SBN61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
740 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 649-3777
Facsimile:   (916) 649-3779
Email:  Lockshinlawcorp@aol.com

Attorneys for Plaintiff
ROBERT L. POWELL

Jacob D. Flesher, Esq. (SBN210565)
Flesher McKague LLP
193 Blue Ravine Blvd, Suite 265
Folsom, CA  95630
Telephone:  (916) 358-9042
Facsimile:   (916) 673-9672

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY, et al.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.<br><br>          Defendants. | Case No.: 2:09 CV 01857 WBS CKD |

**JOINT STIPULATION AND ORDER THEREON RE DISMISSAL OF CERTAIN CAUSES OF ACTION SET FORTH IN PLAINTIFF'S SECOND AMENDED COMPLAINT**

IT IS HEREBY AGREED TO AND STIPULATED BY AND BETWEEN the Plaintiff, Robert L. Powell, and the Defendant Union Pacific Railroad Company, through their respective counsel, that the court may dismiss with prejudice pursuant to Rule 41(a)(2) of federal Rules of Civil Procedure, the Third, Fourth and Fifth Causes of Action set forth in Plaintiff's Second Amended Complaint filed on October 21, 2009.

As consideration for the dismissal of the lawsuit, Union Pacific shall permanently expunge Robert Powell's HR System Report of any adverse references relating to discipline imposed upon Robert Powell's including his having been terminated from his Union Pacific employment, a termination claimed by Powell to have been illegal as a result of the exercise of his rights under 49 USC §20109 relating to an incident on July 28, 2007.  No information relating to the facts and circumstances arising from or related to the above-described discipline and termination shall be provided in response to any inquiries from a non-Union Pacific source pertaining to prospective employment, prospective loans or credit or otherwise.  Robert Powell's HR System Report will be permanently changed to reflect that his employment status is "medically disqualified."  Robert Powell's HR System Report is the origin of his personnel records with Union Pacific and the sole and only source of information concerning former employees which is accessed by Union Pacific in order to respond to requests from non-Union Pacific inquirers seeking information regarding the employment status of former Union Pacific employees and, as such, it is the appropriate computer database to reflect the change in Robert Powell's employment status.

If Robert Powell ever attempts to return to work at the Union Pacific Railroad Company, he agrees that his employment status will be changed to reflect that his employment status is "terminated."

Within five (5) business days after the dismissal of the entire action, Union Pacific, through its Regional Director Claims Kelly Lee Myers, shall confirm in writing based on personal knowledge that Union Pacific has complied with the terms of this stipulation.

Union Pacific further represents that it understands and agrees that the purpose of this Stipulation and Agreement is to allow Robert L. Powell to truthfully represent to any prospective employer, whether private or any type governmental entity or to any business entity who may inquire of Mr. Powell for purposes of an employment application, credit application or otherwise that Robert L. Powell's status at Union Pacific is as a medically disqualified former employee and that no statement or representation will ever be made by Union Pacific or by any of its agents or employees who respond to such inquires that Robert L. Powell was terminated from his Union Pacific employment.

///
///
///
///
///
///
///
///

It is further agreed to and stipulated that this court shall maintain jurisdiction in the event that there is any breach by Union Pacific of its agreement and obligations as set forth herein.

DATED:  August 22, 2013          LARRY LOCKSHIN, ESQ.
                                 A LAW CORPORATION


                                 By:   /s/Larry Lockshin
                                    Larry Lockshin
                                    Attorney for Plaintiff
                                    Robert L. Powell

DATED:  August 22, 2013          Flesher, McKague LLP


                                 By:_____/s/Jacob D. Flesher_____
                                    Jacob D. Flesher
                                    Attorney for Defendant
                                    UNION PACIFIC RAILROAD COMPANY


                         **ORDER**

     IT IS SO ORDERED.

Dated:  August 23, 2013

                         [signature]
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE