**FLESHER McKAGUE LLP**
Jacob D. Flesher, SBN: 210565
Jason W. Schaff, SBN: 244285
Aerin C. Murphy, SBN: 286899
193 Blue Ravine Road, Suite 265
Folsom, California 95630
Tele: 916/358-9042
Fax: 916/673-9672

**Attorneys for Defendants**
**UNION PACIFIC RAILROAD COMPANY**
**and BRIAN KLINE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.<br><br>             Defendant. | CASE NO.: 2:09-cv-01857 WBS CKD<br><br>**JOINT NOTICE OF DISMISSAL** |

     Plaintiff ROBERT L. POWELL, and Defendant UNION PACIFIC RAILROAD COMPANY, by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted,

-1-

**Joint Notice of Dismissal**

1  Dated:  September 23, 2013          **FLESHER McKAGUE LLP**

2                                              /s/ Jacob D. Flesher
                                        By_____
3                                           Jacob D. Flesher
                                            Attorneys for Defendants
4                                           UNION PACIFIC RAILROAD
                                            COMPANY
5

6

7  Dated:  September 23, 2013          **LAW OFFICES OF LARRY LOCKSHIN**

8                                              /s/ Larry Lockshin
                                        By_____
9                                           Larry Lockshin
                                            Attorneys for Plaintiff
10                                          ROBERT POWELL

11
                                    **ORDER**
12
   Pursuant to the foregoing this Court dismisses the entire case with prejudice.
13
   IT IS SO ORDERED
14

15  Dated:  September 25, 2013

16                                      _____
                                        WILLIAM B. SHUBB
17                                      UNITED STATES DISTRICT JUDGE

-2-

_____
**Joint Notice of Dismissal**