**FLESHER McKAGUE LLP**
Jacob D. Flesher, SBN: 210565
Jason W. Schaff, SBN: 244285
Aerin C. Murphy, SBN: 286899
193 Blue Ravine Road, Suite 265
Folsom, California 95630
Tele: 916/358-9042
Fax: 916/673-9672

**Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY
and BRIAN KLINE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. POWELL, | CASE NO.: 2:09-cv-01857 WBS CKD |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF DISMISSAL** |
| UNION PACIFIC RAILROAD COMPANY, et al. | |
| Defendant. | |

    Plaintiff ROBERT L. POWELL, and Defendant UNION PACIFIC RAILROAD COMPANY, by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted,

-1-

**Joint Notice of Dismissal**

1  Dated: September 23, 2013            **FLESHER McKAGUE LLP**

2                                              /s/ Jacob D. Flesher
3                                        By_____
                                              Jacob D. Flesher
4                                             Attorneys for Defendants
                                              UNION PACIFIC RAILROAD
5                                             COMPANY

6

7  Dated: September 23, 2013            **LAW OFFICES OF LARRY LOCKSHIN**

8                                              /s/ Larry Lockshin
                                         By_____
9                                             Larry Lockshin
                                              Attorneys for Plaintiff
10                                            ROBERT POWELL

11
                                   **ORDER**
12
        Pursuant to the foregoing this Court dismisses the entire case with prejudice.
13
   IT IS SO ORDERED
14

15 Dated: September 25, 2013

16                                      _____
                                        WILLIAM B. SHUBB
17                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

-2-

---

**Joint Notice of Dismissal**